UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20750-CR-LENARD/GOODMAN

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**ALEJANDRO AMORE, et al.,**

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 228)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 228), issued on September 10, 2015 referring the Defendant's Motion to Suppress Statements D.E. 123. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 228) issued on September 10, 2010 is **ADOPTED**.

    2.    The Defendant's Motion to Suppress Statements D.E. 123 is Denied as moot.

USA v. Amor, et al., 14-20750-CR-Lenard

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September, 2015.

*/s/ Joan A. Lenard*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE